394 A.2d 608

Commonwealth v. Leroy Buchanan, Appellant.

Argued June 13, 1978.  Gene D. Cohen, for appellant;  D. Loeb, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, P. J., did not participate in the consideration or decision of this case.

394 A.2d 609

Commonwealth v. William Buchanan, Appellant.

Argued June 16, 1978.  Neil E. Jokelson, for appellant;  N. Metz, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.